IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATHRYN WARREN**                                                               **PLAINTIFF**

v.                             Case No. 3:24-cv-00056 KGB

**DOLLAR GENERAL
CORPORATION**, *et al.*                                                   **DEFENDANTS**

## ORDER

Before the Court is the motion to withdraw as counsel for defendants of Staci Dumas Carson and Taylor N. Williams (Dkt. No. 10).  Ms. Carson and Mr. Williams request that they be relieved as counsel for defendants in this matter and state that defendants will continue to be represented by other counsel of record (*Id.*, ¶¶ 3–4).  For good cause shown, the Court grants the motion to withdraw and relieves Ms. Carson and Mr. Williams as counsel for defendants in this matter (Dkt. No. 10).

It is so ordered, this the 6th day of August, 2024.

                                                           _____
                                                           Kristine G. Baker
                                                           Chief United States District Court Judge