**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KATHRYN WARREN**                                                                          **PLAINTIFF**

**v.**                                            **Case No. 3:24-cv-00056 KGB**

**DOLLAR GENERAL
CORPORATION,** *et al.*                                                                **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to extend the discovery deadline and to continue the trial date (Dkt. No. 15). Defendants state that the Court's Final Scheduling Order has a discovery deadline of March 26, 2025, and a trial date some time the week of June 9, 2025 (*Id.*, ¶ 2). Defendants state that delays in receiving a HIPAA-compliant medical authorization signed by plaintiff Kathryn Warren delayed their ability to depose fact witnesses and so discovery is not complete (*Id.*, ¶ 4). Defendants seek an additional 90 days to conduct discovery and a continuance of the trial date (*Id.*, ¶ 5). Ms. Warren filed a response in opposition to defendants' motion to extend discovery deadline and continue trial date (Dkt. No. 16). Ms. Warren objects to both the extension of the discovery deadline and the continuance of the trial date (*Id.*, ¶ 1). Ms. Warren states that her counsel promptly and clearly objected to defendants' counsel's request for a continuance in an email on February 21, 2025, and her counsel offered for Ms. Warren to be available for deposition at any date and time prior to the close of discovery (*Id.*, ¶ 2). Ms. Warren asserts that defendants did not respond and made no effort to complete discovery within the discovery deadline despite Ms. Warren having provided a HIPAA-compliant medical authorization in December 2024 (*Id.*, ¶¶ 3, 5).

The Court grants, in part, and denies, in part, defendants' motion to extend the discovery deadline and to continue trial date (Dkt. No. 15). The Court grants defendants a 75-day extension

of the discovery deadline.   Because of the effect the extension will have on the other pre-trial deadlines set forth in the Court's Final Scheduling Order, the Court grants defendants' motion for brief continuance.   The Court will enter a new scheduling order resetting all other pre-trial deadlines and resetting the case for trial by separate Order.

It is so ordered, this the 14th day of April, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge