IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATHRYN WARREN**  PLAINTIFF

v.   Case No. 3:24-cv-00056 KGB

**DOLLAR GENERAL
CORPORATION,** *et al.*  DEFENDANTS

## ORDER

Before the Court is the motion for leave to file exhibit under seal filed by defendants Dollar General Corporation, DG Transportation, Inc., DG Logistics, LLC, and Dexter Brown ("Defendants") (Dkt. No. 25). Defendants seek leave to file under seal exhibit six to their motion to exclude plaintiff Kathryn Warren's experts (*Id.*, ¶ 2). According to Defendants, exhibit six to their motion includes certain medical records of Ms. Warren, which they maintain contain sensitive personal and confidential health information that should be excluded from public disclosure (*Id.*, ¶¶ 3–4). For good cause shown, the Court grants Defendants' motion to file under seal exhibit six to their motion to exclude Ms. Warren's experts (Dkt. No. 25).

It is so ordered, this the 18th day of August, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Court Judge