IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KATHRYN WARREN**                                                                              **PLAINTIFF**

v.                               Case No. 3:24-cv-00056 KGB

**DOLLAR GENERAL**
**CORPORATION,** *et al.*                                                                      **DEFENDANTS**

## ORDER

On October 6, 2025, the Court received informal notification from counsel of record for both defendants Dollar General Corporation, DG Transportation, Inc., DG Logistics, LLC, and Dexter Brown ("Defendants") and plaintiff Kathryn Warren that the parties have reached a settlement to resolve this case. Counsel for Defendants advised that a joint stipulation of dismissal will be forthcoming. Based on the representation of counsel, the Court removes this case from the trial calendar for the week of October 14, 2025, and suspends the Amended Final Scheduling Order and its deadlines (Dkt. No. 20). The parties are directed to file within 14 days from the entry of this Order a joint stipulation of dismissal or a status report with the Court.

It is so ordered, this the 7th day of October, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge