**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**KATHRYN WARREN**                                                                    **PLAINTIFF**

**v.**                                            **Case No. 3:24-cv-00056 KGB**

**DOLLAR GENERAL
CORPORATION,** *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 45). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bearing its own attorneys' fees, costs, and expenses. The Court denies as moot all pending motions (Dkt. Nos. 23, 38, 42).

It is so ordered, this the 22nd day of October, 2025.

Kristine G. Baker
Chief United States District Court Judge